```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :    INDICTMENT

          -v.-                     :

SANTIAGO MARRERO,                  :    08 Cr.

                    Defendant.     :

- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 6 2008

08 CRIM 657

COUNT ONE

The Grand Jury charges:

1. From in or about 2007, up to and including in or about May 2008, in the Southern District of New York and elsewhere, SANTIAGO MARRERO, the defendant, unlawfully, willfully, and knowingly did receive and distribute, and attempt to receive and distribute, child pornography, and material that contained child pornography, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, MARRERO downloaded images of child pornography from the internet onto his computer in New York, New York.

(Title 18, United States Code, Section 2252A(a)(2) and (b)(1).)

COUNT TWO

The Grand Jury further charges:

2. From in or about 2007 up to and including in or about May 2008, in the Southern District of New York and elsewhere, SANTIAGO MARRERO, the defendant, unlawfully,

willfully, and knowingly did possess and attempt to possess books, magazines, periodicals, films, videotapes, computer disks, and other material that contained images of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, MARRERO possessed images of child pornography on his computer.

(Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).)

/s/ Angela L. Luna
FOREPERSON

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

SANTIAGO MARERRO,

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. § 2252A(a)(2) & (b)(1),
18 U.S.C. § 2252A (a)(5)(B) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

---